EAST BATON ROUGE PARISH
Filed Feb 13, 2025 3:47 PM
Deputy Clerk of Court
E-File Received Feb 13, 2025 3:29 PM
C-759197
25

# 19th JUDICIAL DISTRICT COURT

# PARISH OF EAST BATON ROUGE

# STATE OF LOUISIANA

NUMBER: _____     SECTION: _____

## HOA CAO

## VERSUS

## STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PETITION FOR DAMAGES

The petition of Hoa Cao, a major and competent resident of the Parish of East Baton Rouge, State of Louisiana, respectfully represents the following:

1.

Made defendant herein is State Farm Mutual Automobile Insurance Company, a foreign insurance corporation authorized to do and doing business in the Parish of East Baton Rouge, State of Louisiana.

2.

The defendant herein is liable unto your Petitioner for personal injuries sustained by your Petitioner, as the result of an automobile accident which took place on June 24, 2024, in the Parish of East Baton Rouge, State of Louisiana, as will be further shown below.

3.

On or about June 24, 2024, your Petitioner operating his 2016 Toyota Sienna, on North Foster Drive, in Baton Rouge, LA and was at a was proceeding in straightforward direction through its intersection with Greenwell Springs, when suddenly and without warning he right of way was invaded by a left turning motorist, in a 2013 Nissan Sentra, driven by tortfeasor Jamaiya Harris, who made a negligent left turn and caused her aforementioned vehicle to collide with the front of your Petitioner's aforementioned vehicle, which collision caused your Petitioner to sustain personal injuries and property damages herein, forming the subject matter of this lawsuit.

4.

Petitioner shows that as result of this accident, he sustained personal injuries to his head, chest, neck, back, shoulders, arms, legs, hands, feet, fingers, toes, elbows, wrists, knees, ankles, hips, torso, ribs, abdomen, and/or body as a whole, which injuries have caused him to incur medical expenses, and lost wages, which are claimed as special damages herein.



Certified True and Correct Copy
CertID: 2025022101084

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
2/21/2025 4:13 PM

STATE FARM EXHIBIT A Page 1

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

5.

Petitioners show that the sole and proximate cause of the aforementioned auto accident complained of herein, and the resulting injuries and/or damages, was the negligence of tortfeasor Jamaiya Harris, in the following particulars:

a.) Failure to keep a sharp lookout before attempting a left turn;

b.) Failure to take appropriate evasive measures to avoid a head on collision;

c.) Failure to stop his vehicle in a timely fashion;

d.) Traveling at an unsafe rate of speed;

e.) Failure to yield to Petitioner's right of way; and

f.) Any other act of negligence which may be shown at trial in this matter.

6.

Petitioner shows that at all times pertinent hereto, the policy of public automobile liability insurance provided by defendant GoAuto Insurance Company provided a policy of automobile insurance which covered 2013 Nissan Sentra, driven by tortfeasor Jamaiya Harris at the time of this accident, which was a minimum limits policy which has been exhausted making your Petitioner an under insured motorist in accordance with La R.S. 22:1295, et. seq., in accordance with the Louisiana direct action statute.

7.

Petitioner shows that a demand for an uninsured and/or underinsured motorist payment was made by Petitioner to the defendant State Farm Mutual Insurance Company after a showing evidence of pain and suffering in excess of the uninsured and/or underinsured "UM" policy limits, and after showing evidence of policy limits payment by the underlying tortfeasor for this accident, and your Petitioner shows that to date the defendant State Farm Mutual Insurance Company herein has failed to make a UM tenders, subjecting defendant State Farm Mutual Insurance Company to penalties and attorneys fees, and any damages awarded, in accordance with La R.S. 22:1295, et seq."

9.

Petitioner thus shows that he is entitled to recover herein from the defendant, jointly and/or solitarily, the following non-exclusive elements of personal injury damages, and/or property damages as applicable that he has sustained herein, including but not limited to: pain, suffering, grief, mental anguish, medical expenses past and future, lost wages, and/or loss of enjoyment of


Certified True and Correct Copy
CertID: 2025022101084

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
2/21/2025 4:13 PM

STATE FARM EXHIBIT A Page 2

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

life. Petitioner further shows that he is entitled to recover from the same defendant any and all other elements of personal injury damage, property damage, and/or tort damages suffered by your Petitioner herein which may be proven at trial or warranted under the circumstances and premises of this lawsuit.

**WHEREFORE, PETITIONER PRAYS** that hispetition be filed herein, and that the defendant be served with a copy of same and cited to appear and answer same, and that after due proceedings are had, there be judgment herein in favor of your Petitioner and against the defendant for all damages sustained by your Petitioner herein may be proven at trial and warranted under the circumstances and premises of this lawsuit, plus all costs of these proceedings, including expert witness fees, and legal interest on all amounts awarded from the date of judicial demand until paid.

**PETITIONER FURTHER PRAYS** for all general and equitable relief, and any and all orders of the Court necessary under the circumstances.

BY ATTORNEY:

Paul D. Lambremont (#33,583)
Lambremont Law Office
4550 North Boulevard, Ste. 220
Baton Rouge, LA 70806
Email: PaulLambremont@yahoo.com
Telephone: (225) 928-7524
Facsimile: (225) 928-7622
*Attorney for Petitioners,*
Hoa Cao

**PLEASE SERVE DEFENDANT:**

State Farm Mutual Automobile Insurance Company
Through its registered agent for service:
Louisiana Secretary of State
8585 Archives Ave
Baton Rouge, LA 70809


Certified True and Correct Copy
CertID: 2025022101084


East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
2/21/2025 4:13 PM

STATE FARM EXHIBIT A Page 3

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Feb 13, 2025 3:47 PM
Deputy Clerk of Court
E-File Received Feb 13, 2025 3:29 PM
C-759197
25

## 19th JUDICIAL DISTRICT COURT

## PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

NUMBER: _____         SECTION: _____

### HOA CAO

### VERSUS

### STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

******************************************************************

### REQUEST FOR NOTICES

TO:   Honorable Doug Welborn
      Clerk of Court

In accordance with Louisiana Code of Civil Procedure Article 1572, you are hereby requested to give us notice by mail ten (10) days in advance of the date fixed for trial or hearing of this case, whether on exceptions, motions, rules, or on the merits.

We also request immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof provided by Louisiana Code of Civil Procedure Articles 1913 and 1914, including notice of judgment in the event this case is taken under advisement, or if the judgment is not signed at the conclusion of the trial.

BY ATTORNEY:

Paul B. Lambremont (#33,583)
Lambremont Law Office
4550 North Boulevard, Ste. 220
Baton Rouge, LA 70806
Email: PaulLambremont@yahoo.com
Telephone: (225) 928-7524
Facsimile: (225) 928-7622
*Attorney for Petitioners,*
Hoa Cao

**PLEASE SERVE WITH PETITION FOR DAMAGES**


Certified True and Correct Copy
CertID: 2025022101085

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
2/21/2025 4:13 PM

STATE FARM EXHIBIT A Page 4

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**SERVICE COPY**



D16116378

# CITATION

| | |
|---|---|
| **HOA CAO** (Plaintiff) | NUMBER C-759197 "25" |
| VS | 19TH JUDICIAL DISTRICT COURT |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** (Defendant) | PARISH OF EAST BATON ROUGE |
| | STATE OF LOUISIANA |

TO:  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
     THROUGH ITS AGENT:
     LOUISIANA SECRETARY OF STATE

SERVED ON
NANCY LANDRY

FEB 2 6 2025

SECRETARY OF STATE
COMMERCIAL DIVISION

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **FEBRUARY 21, 2025**.



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: LAMBREMONT, PAUL B.
*The following documents are attached:

PETITION FOR DAMAGES; REQUEST FOR NOTICE; INTERROGATORIES; REQUESTS FOR PRODUCTION AND REQUESTS FOR ADMISSIONS

**SERVICE INFORMATION:**

Received on the ____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:**        After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

RECEIVED
East Baton Rouge Sheriff Office

FEB 2 5 2025

CITATION-2000

# State of Louisiana
# Secretary of State

02/27/2025

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
STATE FARM INSURANCE COMPANIES
C/O CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE, LA  70801

Suit No.: 759197
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH

HOA CAO
vs
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

NANCY LANDRY
Secretary of State

Served on:  NANCY LANDRY
Served by:  B. GARAFOLA

Date: 02/26/2025
Title:  DEPUTY SHERIFF

No: 1353185



DB



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 30903846**
**Date Processed: 02/28/2025**

| | |
|---|---|
| **Primary Contact:** | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |
| **Entity:** | State Farm Mutual Automobile Insurance Company<br>Entity ID Number  3461675 |
| **Entity Served:** | State Farm Mutual Automobile Insurance Company |
| **Title of Action:** | Hoa Cao vs. State Farm Mutual Automobile Insurance Company |
| **Matter Name/ID:** | Hoa Cao vs. State Farm Mutual Automobile Insurance Company (16967253) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | East Baton Rouge Parish District Court, LA |
| **Case/Reference No:** | C-759197 25 |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 02/28/2025 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | LA Secretary of State on 02/26/2025 |
| **How Served:** | Certified Mail |
| **Sender Information:** | Lambremont Law Office<br>225-928-7524 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



CY LANDRY
TARY OF STATE
BOX 94125
UGE, LA 70804-9125



9489 0090 0027 6667 7668 80

PRIORITY MAIL
US POSTAGE ᴵᴹ PITNEY BOWES
ZIP 70802
02 7W
0008035516 FEB. 27. 2025.
$ 015.35⁰



STATE FARM EXHIBIT A Page 8

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
STATE FARM INSURANCE COMPANIES
C/O CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE, LA 70801